859 F.2d 124
 Kenneth Michael JULIAN, Plaintiff-Appellee,
v.
UNITED STATES DEPARTMENT OF JUSTICE, Defendant-Appellant.
Margaret J. WALLACE, Plaintiff-Appellee,
v.
UNITED STATES PAROLE COMMISSION, and Charles Turnbo, Warden,
F.C.I., Pleasanton, CA, Defendants-Appellants.
 Nos. 85-2649, 85-2751.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 12, 1988.
 
 ON REMAND FROM THE UNITED STATES SUPREME COURT
 Before WALLACE, ALARCON and BEEZER, Circuit Judges.
 
 ORDER
 
 1
 The Supreme Court's mandate of May 16, 1988, --- U.S. ----, 108 S.Ct. 1606, 100 L.Ed.2d 1, affirmed this court's opinion in Julian v. U.S. Department of Justice, No. 85-2649 and Wallace v. U.S. Parole Commission, No. 85-2751, 806 F.2d 1411. We remand to the district court for further proceedings consistent with our opinion and the Supreme Court's mandate.
 
 
 2
 Subsequent to the issuance of the Supreme Court's mandate, Margaret J. Wallace, appearing pro per, filed or lodged in this court the following items:
 
 
 3
 (1) "Amendment to Complaint, Emergency Motion for Damages and Clearance of Record;"
 
 
 4
 (2) "Amendment to Complaint, Motion to Reopen or Rehearing;"
 
 
 5
 (3) "Amendment to Complaint, Motion to Restate or Rehearing."
 
 
 6
 The Clerk of this court is directed to transmit to the Clerk, United States District Court for the Northern District of California, certified copies of each of the above-referenced papers and the district judge is directed to dispose of the additional claims of Wallace in the exercise of original jurisdiction.